ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934
(559) 784-3431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| Antonio Ybarra-Barajas, | CASE NO: 1:09-cv-1734 SMS |
| Plaintiff, | |
| vs | STIPULATION and ORDER to EXTEND TIME |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for Plaintiff to file the Opening Brief is extended from May 2, 2010 to June 1, 2010.

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs an additional thirty (30) day period to prepare the Opening Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

        Respectfully submitted,

        */s/ Robert D. Christenson*

Dated:  April 27, 2010        ROBERT D. CHRISTENSON
        Attorney for Plaintiff


Dated:  April 28, 2010        **McGREGOR W. SCOTT**
        United States Attorney
        LUCILLE GONZALES MEIS
        Regional Chief Counsel, Region IX
        Social Security Adminstration

        *Shea Lita Bond*
        *Per e-mail authorization*
        _____
        **SHEA LITA BOND**
        Assistant Regional Counsel, Region IX
        Social Security Administration
        Attorneys for Defendant


**IT IS SO ORDERED**.

Dated:  April 29, 2010        /s/ Sandra M. Snyder
        UNITED STATES MAGISTRATE JUDGE